UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sandra Hawkins,

        Plaintiff,                      Civil No.07-892 (RHK/JSM)

vs.                                    **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Pfizer, Inc. a Delaware corporation,
Pharmacia Corporation, a Delaware
corporation, Monsanto Company, a
Delaware corporation, G.D. Searle LLC,
a Delaware corporation,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: February 8, 2007

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge

Dockets.Justia.com